UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO:. 2:25-cr-23-SPC-NPM

MELVIN SLAWIK

_____

## **ORDER OF FORFEITURE**

Before the court is the United States' Motion for an Order of Forfeiture against Defendant Melvin Slawick in the amount of $536,200, which is the amount was obtained jointly with co-defendant, John P. Skubinski. (Doc. 125). Now that the defendant has been adjudicated guilty of Count One of the Indictment (Doc. 1), conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, the United States seeks an order forfeiting his interest in the $536,200. *See* 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

In so moving, the United States has established that the defendant personally obtained $536,200 in proceeds jointly with co-defendant, John P. Skubinski, as a result of the crime of conviction. The Court thus finds the United States is entitled to possession of the $536,200.

Accordingly, it is **ORDERED:**

The United States' Motion for an Order of Forfeiture as to Defendant Melvin Slawick (Doc. 125) is **GRANTED**.

1. The defendant is jointly liable with co-defendant, John P. Skubinski for an order of forfeiture in the amount of $536,200.

2. The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $536,200 order of forfeiture.

3. Any asset forfeited from the defendant will be credited up to the amount of the order of forfeiture.

4. This Order will become a final order of forfeiture as to Defendant at sentencing.

5. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of any substitute asset.

DONE and ORDERED in Fort Myers, Florida, on May 27, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

2